

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2023

No. 04-20-00486-CR

Jemadari Chinua **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19-346
Honorable Rex Emerson, Judge Presiding

# O R D E R

Sitting:        Rebeca C. Martinez, Chief Justice
                  Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice
                  Irene Rios, Justice
                  Beth Watkins, Justice
                  Liza A. Rodriguez, Justice
                  Lori I. Valenzuela, Justice

The Second Motion for En Banc Reconsideration filed by Appellee State of Texas is DENIED. *See* TEX. R. APP. P. 41.2, 49.5, 49.6.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2023.



MICHAEL A. CRUZ, Clerk of Court